IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO 16-00584-EAG

VICTOR MANUEL PIMENTEL MORENO | CHAPTER 13

DEBTOR

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, VICTOR MANUEL PIMENTEL MORENO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1 The debtor is hereby submitting a proposed amended Plan, dated April 1, 2016, herewith and attached to this motion.

2. This proposed amended Plan is filed to correct the step-up amount in Payment Plan Schedule.

**WHEREFORE** debtor respectfully requests the confirmation of the proposed amended Plan, dated April 1, 2016.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Victor Manuel Pimentel Moreno, and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 1st day of April, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699
EMAIL: rfigueroa@rfcprlaw.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                          Case No. **2:16-bk-584**

**PIMENTEL MORENO, VICTOR MANUEL**
Debtor(s)                                                                                       Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **4/01/2016**
☐ PRE ☐ POST-CONFIRMATION                                                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **130.00** x **44** = $ **5,720.00**
$ **415.00** x **16** = $ **6,640.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,360.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,360.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: *Victor M Pimentel Moreno*
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Anderson Financial**  Cr. _____  Cr. _____
# **57114767**  # _____  # _____
$ **352.22**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Sistema de Retiro El     Sistema de Retiro El**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** _____ Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing          MONEY EXPRESS                            ORIENTAL BANK-CCU
0104-2                                   PO BOX 9146                              CCU - BANKRUPTCY DEPARTMENT
Case 16-00584-EAG13                      SAN JUAN, PR 00908-0146                  PO BOX 364745
District of Puerto Rico                                                           SAN JUAN, PR 00936-4745
Ponce
Fri Apr  1 12:06:55 AST 2016

US Bankruptcy Court District of PR       Anderson Financial Services of PR        Department of Treasury
Jose V Toledo Fed Bldg & US Courthouse   DBA Borinquen Title Loans                Bankruptcy Section
300 Recinto Sur Street, Room 109         3440 Preston Ridge Rd Ste 500            PO Box 9024140
San Juan, PR 00901-1964                  Alpharetta, GA 30005-3823                San Juan, PR 00902-4140

Firstbank Puerto Rico                    Island Finance                           MONEY EXPRESS
PO Box 9146                              PO Box 71504                             CONSUMER SERVICE CENTER
San Juan, PR  00908-0146                 San Juan, PR  00936-8604                 BANRUPTCY DIVISION (CODE 248)
                                                                                  PO BOX 9146 SAN JUAN PR 00908-0146

Money Express                            ORIENTAL BANK                            Oriental
Bankruptcy Division                      Centralized Collections Unit             PO Box 31535
PO Box 9146                              BOX 364745,                              Tampa, FL  33631-3535
San Juan, PR  00908-0146                 SAN JUAN, P.R. 00936-4745

SANTANDER FINANCIAL D/B/A ISLAND FINANCE Sistema de Retiro ELA                    JOSE RAMON CARRION MORALES
PO BOX 195369                            PO Box 42003                             PO BOX 9023884
SAN JUAN PR 00919-5369                   San Juan, PR  00940-2203                 SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO            VICTOR MANUEL PIMENTEL MORENO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186                               PO BOX 2075
OCHOA BUILDING                           CAGUAS, PR 00726-0186                    SALINAS, PR 00751-2075
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```